UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>Lynda H. Camalier, )<br> Mother and next Friend of F.C, )<br> A Minor, )<br>)<br>   Defendant. )<br>_____) | Civ. A. No. 05-1677 (RWR) |

**NOTICE OF APPEARANCE**

Margaret A. Kohn is entering her appearance as counsel for Defendant Lynda H. Camalier in Civil Action 05-1677.

                                                                 Respectfully submitted,

                                                                  /s/

Margaret A. Kohn
DC Bar # 174227
1320 19th Street NW #200
Washington, DC 20036
 202-667-2330
 202-667-2302 (fax)
 Makohn@aol.com

Attorney for Defendant Lynda H. Camalier