UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, ) | |
|     Plaintiff, ) | |
| v. ) | Civ. A. No. 05-1677 (RWR) |
| Lynda H. Camalier, ) <br>  Mother and next Friend of F.C, ) <br>  A Minor, ) | |
|     Defendant. ) | |

**Motion for Extension of Time to File Response to Complaint**

Pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and LCvR 7.1, defendant Lynda H. Camalier respectfully moves this Court for an extension of time to file her response to the complaint. Defendant Lynda Camalier received a copy of the Complaint herein by certified mail on October 3, 2005. The response to this Complaint is due 20 days later, and due to the intervening weekend, the due date is October 24, 2005. Defendant needs an extension until one week after she receives a copy of the transcript of the Administrative Hearing from which this appeal arises. In support of this Motion, defendant states:

    1. Counsel for defendant contacted Mr. Pace, counsel for plaintiff District of Columbia, by telephone at 9:10 AM on October 20 to request a three week extension. On October 21, 2005, Mr. Pace consented to a 3 week extension.

    2. Counsel for defendant was informed by Ms. Berks in the DCPS Student Hearing Office on October 20, 2005 that the parent s October 5, 2005 request to that office for a written verbatim transcript of the administrative due process hearing conducted on May 17, 2005

from which this appeal arises, was sent to the transcription preparer upon receipt and that the transcript was expected to arrive in the Student Hearing Office in one to two weeks from October 20th. Defendant made a prompt request for the transcript only two days after she was served with the Complaint. A copy of that request is attached as Exhibit A.

Administrative hearings at DCPS under the IDEA are recorded by a tape recorder. Transcripts of the proceedings are made only upon request. Parents in Individuals with Disabilities Education Act cases are entitled to a free written transcript of the proceeding upon request. However, the speed with which such transcripts are prepared rests entirely with the D.C Public Schools Special Education Hearing Office and its agents and contractors. The parents have no control over the quality of the transcript or the time of delivery.

3. Counsel for defendant requires an opportunity to review the written transcript of the hearing before a response to the Complaint can be completed because the Hearing Officer relied upon oral testimony given at the hearing.

Therefore, defendant respectfully asks for an extension to and including November 14, 2005, as long as her counsel receives a copy of the verbatim written transcript no later than November 7, 2005. If the transcript is not available by November 7, 2005, defendant reserves the right to request an additional extension until one week after the transcript is ready for defendant s review. This motion is supported by Exhibit A and the Memorandum in Support of the Motion. A proposed order has been filed with the motion.

Respectfully submitted,

/s/

-2-

Margaret A. Kohn
DC Bar # 174227
1320 19th Street NW #200
Washington, DC 20036
 202-667-2330
 202-667-2302 (fax)
 Makohn@aol.com

Attorney for Defendant Lynda Camalier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, | ) |
|    Plaintiff, | ) |
| v. | ) Civ. A. No. 05-1677 (RWR) |
| Lynda H. Camalier,<br>  Mother and next Friend of F.C,<br>  A Minor, | ) |
|    Defendant. | ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Defendant s Motion for Extension of Time to File Response to Complaint is permitted by Rule 7(b) and 6(b)(1) of the Federal Rules of Civil Procedure and LCvR.7.1.

The instant motion was filed before the expiration of the 20 days allotted for a response to the Complaint as required by Rule 6(b)(1) and good cause has been demonstrated for the request of a 3 week extension. Plaintiff has consented to the requested 3 week extension.

The extension is necessary to enable defendant to obtain a copy of the transcript of the administrative due process hearing conducted on May 17, 2005, from which this appeal arises. The transcript is needed due to the Hearing Officer s reliance upon witness testimony in making the final decision. The DC Public Schools Special Education Hearing Office has informed defendant s counsel that the transcript should be ready in one or two weeks from October 20th.

For all these reasons, defendant respectfully urges the court to grant her motion for extension to respond to the Complaint herein to and including November 14, 2005.

Respectfully submitted,

/s/
Margaret A. Kohn
DC Bar # 174227
1320 19th Street NW #200
Washington, DC 20036
202-667-2330
202-667-2302 (fax)
Makohn@aol.com

Attorney for Defendant Lynda H. Camalier