**Margaret A. Kohn**
Attorney at Law
1320 19th Street NW, Suite 200
Washington, DC 20036
202-667-2330 202-667-2302 FAX
MAKohn@aol.com

Admitted in DC, MD

October 5, 2005

Ms. Sharon Newsome
Student Hearings Coordinator
DCPS
825 North Capitol Street NE, 8th Floor
Washington, DC

                                        RE:    **F. Davis Camalier**
                                                  **(DOB: 7/25/95)**
                                                  **By facsimile**

Dear Ms. Newsome:

      On behalf of Mr. and Mrs. F. Davis Camalier, the parents of F. Davis Camalier, and pursuant to 34 C.F.R. §300.509(a)(4) and 5 D.C.M.R. § 3031.1(e), at no cost to the parents, please provide a verbatim <u>written</u> transcript of the hearing conducted for Davis before Hearing Officer H. St. Clair on May 17, 2005. If you would notify me when the transcript has been prepared, I will make arrangements to pick it up. Thank you.

                                                    Sincerely,

                                                    /s/

                                                    Joe Jelen
                                                   Legal Assistant

cc:    Mr. and Mrs. F. Davis Camalier

                                                           **EXHIBIT A**
                                                           Civ. A. No. 05-1677 (RWR)