UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, ) | |
|     Plaintiff, ) | |
| v. ) | Civ. A. No. 05-1677 (RWR) |
| Lynda H. Camalier, ) | |
|  Mother and next Friend of F.C, ) | |
|  A Minor, ) | |
|     Defendant. ) | |

**Motion for Extension of Time to File Response to Complaint**

Pursuant to Rules 6 and 7 of the Federal Rules of Civil Procedure and LCvR 7.1, defendant Lynda H. Camalier respectfully moves this Court for a second extension of time to file her response to the complaint. Defendant Lynda Camalier received a copy of the Complaint herein by certified mail on October 3, 2005. The response to this Complaint was due 20 days later, and due to the intervening weekend, the due date was October 24, 2005. The Court granted a three week extension to respond by Minute Order dated October 26, 2005, (Document #4), giving defendant until November 14, 2005 to respond. Defendant needs an extension until one week after she receives a copy of the transcript of the Administrative Hearing from which this appeal arises. In support of this Motion, defendant states:

    1. On November 9, 2005, counsel for defendant contacted Mr. Damon Pace, counsel for plaintiff District of Columbia, to explain that the Transcript had not yet been completed and made available by DCPS and therefore an additional extension was necessary. Mr. Pace consented in the morning of November 10th to an extension of one week from the date the

transcript was made available to counsel for defendant.

    2.  On November 10, 2005, at 4:30 PM, counsel for defendant was informed by Ms. Maddox at the DCPS Special Education Student Hearing Office that the Camalier transcript had been received that day from Miller reporting. However, the transcript could not be picked up until Monday, November 14, 2005, because Friday, November 11, 2005 was a holiday and the Student Hearing Office would be closed.

    3. Counsel for Defendant picked up the transcript from the Student Hearing Office on November 14, 2005.

    4.  Counsel for defendant still requires a week to review the written transcript of the hearing before a response to the Complaint can be completed because the Hearing Officer relied upon oral testimony given at the hearing.

    Therefore, defendant respectfully asks for an extension of one week, to and including November 21, 2005. This motion is supported by Exhibit A and the Memorandum in Support of the Motion. A proposed order has been filed with the motion.

                                        Respectfully submitted,

                                        /s/

                                        Margaret A. Kohn
                                        DC Bar # 174227
                                        1320 19th Street NW #200
                                        Washington, DC 20036
                                        202-667-2330
                                        202-667-2302 (fax)
                                        Makohn@aol.com

                                        Attorney for Defendant Lynda Camalier

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia,           ) | |
|                               ) | |
|     Plaintiff,                ) | |
| v.                              ) | Civ. A. No. 05-1677 (RWR) |
| Lynda H. Camalier,           ) | |
|   Mother and next Friend of F.C,   ) | |
|   A Minor,                       ) | |
|     Defendant.             ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Defendant s Motion for Extension of Time to File Response to Complaint is permitted by Rule 7(b) and 6(b)(1) of the Federal Rules of Civil Procedure and LCvR.7.1.

The instant motion was filed before the expiration of the November 14, 2005 extension granted by the Court on October 26, 2005 for a response to the Complaint as required by Rule 6(b)(1), and good cause has been demonstrated for the request of an additional one week extension. Plaintiff has consented to the requested one week extension.

The extension is necessary to enable defendant to obtain a copy of the transcript of the administrative due process hearing conducted on May 17, 2005, from which this appeal arises. The transcript is needed due to the Hearing Officer s reliance upon witness testimony in making the final decision. The DC Public Schools Special Education Hearing Office made the transcript available to counsel for defendant on November 14, 2005.

For all these reasons, defendant respectfully urges the court to grant her motion for extension to respond to the Complaint herein to and including November 21, 2005.

Respectfully submitted,

/s/
Margaret A. Kohn
DC Bar # 174227
1320 19th Street NW #200
Washington, DC 20036
202-667-2330
202-667-2302 (fax)
Makohn@aol.com

Attorney for Defendant Lynda H. Camalier