UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | Civ. A. No. 05-1677 (RWR) |
| ) | |
| Lynda H. Camalier, ) | |
|   Mother and next Friend of F.C, ) | |
|   A Minor, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ERRATA

Proposed order inadvertently not attached to Document 4 (defendant s Motion for Extension of Time to File Response to Complaint).

copies to:

Margaret A. Kohn, Esq.
Attorney at Law
1320 19th Street NW
Washington, DC 20036
makohn@aol.com

Damon Pace, Esq.
Assistant Attorney General
441  4th street NW 6 South
Washington, DC 20001