UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, | ) |
|     Plaintiff, | ) ) ) |
|     v | )     Civ. A. No. 05-1677 (RWR) ) |
| Lynda H. Camalier,<br>  Mother and next Friend of F.C,<br>  A Minor, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

Upon consideration of defendant s Motion for Extension of Time to File Response to Complaint, the memorandum in support of the motion, plaintiff s consent to the motion, and the record herein, it is this _____ day of _____, 2005, hereby

ORDERED, that defendant s motion is granted, and it is further

ORDERED, that defendant s response to the Complaint shall be filed by November 21, 2005.

                                                          _____
                                                          Richard W. Roberts
                                                          United States District Court Judge

copies to:

Margaret A. Kohn, Esq.
Attorney at Law
1320 19th Street NW
Washington, DC 20036
makohn@aol.com

Damon Pace, Esq.
Assistant Attorney General
441 4th street NW 6 South
Washington, DC 20001