IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>A Municipal Corporation<br>One Judiciary Square<br>441 4th St., N.W.<br>Washington, D.C. 20001<br><br>    Plaintiff,<br><br>    v.<br><br>LYNDA H. CAMALIER,<br>Mother and next friend of F.C., a minor<br>2848 McGill Terrace, N.W.<br>Washington, D.C.  20008<br><br><br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1677 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PRAECIPE

The clerk of this court shall withdraw the appearance of Damon A. Pace,

Assistant Attorney General, of the Office of the Attorney General, Civil Litigation

Division, Equity Section II, 441 4th Street, N.W., 6th Floor, Washington, D.C. 20001, as

counsel of record on behalf of the District of Columbia.

                                              Respectfully submitted,

                                              ROBERT J. SPAGNOLETTI
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General
                                              Civil Litigation Division


                                              EDWARD P. TAPTICH
                                              Chief, Equity Section 2

                                        /s/ Damon A. Pace
                                        DAMON A. PACE [451351]
                                        Assistant Attorney General
                                        441 4th Street, N.W. - 6th Floor South
                                        Washington, D.C. 20001
                                        (202) 724-7794

November 23, 2005