UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**<br><br>   v.<br><br>**LYNDA H. CAMALIER** | Civ. No.  05-1677 (TFH) |

### ORDER

On November 18, 2005, this case was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan.  Accordingly, it is hereby

**ORDERED** that all parties shall appear for a status conference on **Friday, January 27, 2006 at 2:00 p.m. in Courtroom 25A**, which is located in the new annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001.  The purpose of the status conference will be to schedule further proceedings in this case.

**SO ORDERED.**

December 21, 2005                                                                    /s/
                                                                                           Thomas F. Hogan
                                                                                           Chief Judge