UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| District of Columbia, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 05-1677 (TFH) |
| Lynda H. Camalier, Mother and next Friend of F.C, A Minor, | ) |
| Defendant. | ) |

**Defendant's Consent Motion to Continue Status Conference
for January 27, 2006 to a Later Date**

Defendant, through counsel, respectfully moves the Court for a Continuance to a later date for the Status Conference scheduled by the Court for January 27, 2006, at 2 PM, by Order dated December 21, 2005. In support of this motion, Defendant states the following:

1. Since December 6, 2005, Defendant's counsel has had an administrative trial scheduled on January 27, 2006 from 9 until 5 PM in the matter of JS vs D.C. Public Schools. This prior commitment for an administrative trial conflicts with the scheduling conference.

2. Defendant's counsel contacted plaintiff's counsel, Ms. Porter, on December 22, and she consented to the requested continuance. Counsel discussed alternative dates and concluded that February 3rd in the afternoon or anytime February 10th would be possible for both counsel, if either date were possible for the Court.

3. Defendant's counsel spoke to the Law Clerk in the Court's Chambers on December 23, 2005, and discussed the possibility of rescheduling on February 10 at 2:30 PM. Counsel was advised that the request should be made through a Motion.

**Memorandum of Points and Authorities**

1. Rule of the Federal Rules of Civil Procedure and LCvR 7.1 and 16.1.

2. The inherent powers of the Court.

For the reasons stated above, Defendant, with plaintiff s consent, respectfully asks that the Court change the date for the scheduling conference from January 27, 2006 to a later date.

Respectfully submitted,

/s/

Margaret A. Kohn
DC Bar # 174227
1320 19th Street NW #200
Washington, DC 20036
202-667-2330
202-667-2302 (fax)
Makohn@aol.com

Dated: December 23, 2005                Attorney for Defendant Lynda Camalier