UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

District of Columbia,              )
                                   )
        Plaintiff,                 )
                                   )
        v.                         )          Civ. A. No. 05-1677 (TFH)
                                   )
Lynda H. Camalier,                 )
  Mother and next Friend of F.C,   )
  A Minor,                         )
                                   )
        Defendant.                 )
_____    )

**ORDER**

Upon consideration of Defendant s Consent Motion to Continue Scheduling Conference

for January 27, 2006 to a Later Date, and the record herein, it is this _____ day of _____,

hereby

ORDERED, that defendant s motion is granted, and it is further,

ORDERED that all parties shall appear for a status conference on _____

at _____ in Courtroom ___, which is located in the new annex to the E. Barrett Prettyman

United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001. The

purpose of the status conference will be to schedule further proceedings in this case.


                                   _____
                                   Thomas F. Hogan
                                   Chief Judge