UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** : | |
| Plaintiff : | |
| v. : | Civ. Action No. 05-1677 (TFH) |
| **LYNDA H. CAMALIER,** : | |
| Defendant. : | |

## JOINT MEET AND CONFER STATEMENT

The parties, District of Columbia (hereinafter referred to as Plaintiff), and Lynda H. Camalier (hereinafter referred to as Defendant), submit this joint meet and confer statement pursuant to Local Civil Rule 16.3. The joint statement reflects the agreements reached by counsel during the meet and confer session on January 4, 2006.

1. Plaintiff believes this matter is likely to be disposed of on dispositive motion. Defendant believes the matter may be disposed of on dispositive motion. No dispositive motions are currently pending. Plaintiff believes discovery should be stayed pending the outcome of the dispositive motions to be filed by the parties. Defendant does not object to a stay of discovery until Plaintiff's dispositive motion has been decided.

2. The parties do not intend to join additional parties or amend pleadings. The parties believe that it is possible that some factual or legal issues can be agreed upon or narrowed.

3. The parties do not consent to this case being assigned to a magistrate judge for any purpose.

4. The parties do believe there is a reasonable possibility of settling this case.

5. The parties have discussed the options as outlined in 16.3(5) with their clients, and believe that Alternative Dispute Resolution (ADR) is inappropriate.

6. Plaintiff believes that this matter will be resolved by way of dispositive motion. Plaintiff proposes the following schedule to which Defendant has no objection:

| | |
|---|---|
| Plaintiff's Filing of Administrative Record | February 3, 2006 |
| Dispositive Motions | March 17, 2006 |
| Oppositions to Dispositive Motions | April 17, 2006 |
| Replies to Oppositions | May 15, 2006 |

It is respectfully requested that the Court issue a decision within a reasonable time thereafter.

7. The parties agree to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure at this time.

8. Plaintiff does not anticipate the need for discovery. Defendant believes discovery will be necessary if the case is not disposed of via dispositive motions.

9. Plaintiff believes the requirements of Rule 26(a)(2) may be dispensed with until the Court rules on the dispositive motions. Defendant believes that if the case is not resolved on dispositive motions, there should be 90 days for discovery and that within 10 days of the Court's ruling on dispositive motions, the parties shall submit to the Court a proposed schedule for the exchange of expert witness reports and depositions.

10. This matter is not a class action.

11. The parties agree that bifurcation is inapplicable to this case.

12. The parties agree that the pre-trial conference date should be set at the Court's earliest convenience, after discovery closes.

13. The parties agree that a trial date should be set at the Pre-Trial Conference.

14. The parties are aware of no other matters that need to be included.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District
         of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Edward P. Taptich*_____
        EDWARD P. TAPTICH (012914)
        Chief, Equity Section 2

        /s/ *Veronica A. Porter*_____
        VERONICA A. PORTER (412273)
        Assistant Attorney General
        441 4th St., N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6651
        **ATTORNEYS FOR PLAINTIFF**

        */s/ Margaret A. Kohn*_____
        MARGARET A KOHN (174227)
        1320 19th Street, NW #200
        Washington, DC  20036
        **ATTORNEY FOR DEFENDANT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** : | |
| : | |
| Plaintiff : | |
| : | |
| v. : | Civ. Action No. 05-1677 (TFH) |
| : | |
| **LYNDA H. CAMALIER,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

Upon consideration of the Joint Meet and Confer Statement filed by the parties and the representations of counsel at the status conference, it is this _____ day of _____, 2006,

**ORDERED**, that the case will proceed according to the following schedule:

1. Discovery is stayed pending the outcome of the dispositive motions.

2. The administrative record shall be filed by February 3, 2006.

3. Dispositive Motions shall be filed by March 17, 2006 with Oppositions filed by April 17, 2006; and Replies to such Oppositions filed by May 15, 2006.

4. If dispositive motions do not resolve the case, a 90 day discovery period shall commence ten days after the Court's ruling on the Dispositive Motions.

5. Within 10 days of the ruling on Dispositive Motions, the parties shall file a proposed schedule for the exchange of expert witness reports and depositions of the experts.

6. A pre-trial conference, if necessary, shall be set 60 days after discovery closes.

7. A trial date shall be set at the pretrial conference.

5

_____
UNITED STATES DISTRICT JUDGE