# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** | : |
| | : |
| **Plaintiff** | : |
| | : |
| **v.** | : **Civ. Action No. 05-1677 (TFH)** |
| | : |
| **LYNDA H. CAMALIER,** | : |
| | : |
| **Defendant.** | : |

## ADMINISTRATIVE RECORD

Attached is an index and the record of the administrative proceedings at issue in this action. A copy of this notice was filed via the ECF system. A hard copy of the administrative record was filed in the Clerk's office and mailed to Defendant's counsel.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District
 of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

EDWARD P. TAPTICH (012914)
Chief, Equity Section 2

/s/ *Veronica A. Porter*
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651

**February 3, 2006**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of  February, 2006, a copy of the administrative record was mailed, postage prepaid, to Defendant's counsel Margaret A. Kohn, 1320 19th Street, NW, Washington, DC 20036.

*/s/ Veronica A. Porter*____
Veronica A. Porter
Assistant Attorney General

**District of Columbia v. Camalier, 05-1677**

**Index of Record**

**Page**

1.  Certification of Record                                              1

2.  Hearing request, 4/5/05                                             2 – 9

3.  Hearing notice, 4/8/05                                              10

4.  Hearing Officer's Determination, 5/26/05                            11 – 20

5.  Plaintiff's Motion for Reconsideration, 6/3/05                      21 – 25

6.  Defendant's Opposition to Motion for Reconsideration,
    6/15/05                                                             26 – 33

7.  Hearing Officer's Determination on Motion for
    Reconsideration, 7/20/05                                            34 – 36

8.  Plaintiff's Disclosure Statement, 5/10/05                           37 – 38

9.  Plaintiff's Supplemental Disclosure Statement, 5/10/05              39 – 40

10.  Individualized Education Program (IEP), 1/11/05                     41 – 53

11.  Prior Notice, 1/11/05                                              54 – 56

12.  Multidisciplinary Team (MDT) Meeting Notes, 1/11/05                57 – 62

13.  IEP Meeting Notes, 1/11/05                                         63 – 67

14.  Procedures Manual Receipt, 1/11/05                                 68

15.  MDT Letter of Invitation, 3/1/05                                   69

16.  IEP, 3/16/05                                                       70 – 84

17.  Prior Notice, 3/16/05                                              85 – 87

18.  MDT Meeting Notes, 3/16/05                                         88

**District of Columbia v. Camalier, 05-1677**

**Index of Record, p. 2**

| | Page |
|---|---|
| 19. Review of Independent Assessment, 2/3/05 | 89 |
| 20. Dr. Mahat's letter to Dr. Shanahan, 1/14/05 | 90 |
| 21. Procedures Manual Receipt, 3/16/05 | 91 |
| 22. IEP Meeting Notes, 3/16/05 | 92 |
| 23. Confirmation of Meeting Notice, 3/9/05 | 93 – 95 |
| 24. Plaintiff's letter to Defendant, 3/1/05 | 96 |
| 25. Letter of Invitation, 3/1/05 | 97 – 99 |
| 26. Psychoeducational Evaluation, 12/13/04 | 100 – 113 |
| 27. Review of Independent Assessment, 11/10/04 | 114 |
| 28. Speech and Language Classroom Observation, 11/3/04 | 115 – 117 |
| 29. Outside Evaluation Review, 11/22/04 | 118 |
| 30. Confirmation of Meeting Notice, 1/4/05 | 119 – 120 |
| 31. Plaintiff's letter to Defendant, 12/17/04 | 121 |
| 32. Letter of Invitation, 12/17/04 | 122 – 124 |
| 33. Plaintiff's letter to Defendant, 11/29/04 | 125 |
| 34. Letter of Invitation, 11/29/04 | 126 |
| 35. Initial Evaluation Consent form, 9/23/04 | 127 |
| 36. Defendant's Disclosure Notice, 5/10/05 | 128 – 129 |
| 37. Hearing Request, 4/5/05 | 130 – 137 |
| 38. Hearing Notice, 4/8/05 | 138 |

**District of Columbia v. Camalier, 05-1677**

**Index of Record, p. 3**

| | | **Page** |
|---|---|---|
| 39. | Defendant's letter to Oyster School, 8/24/04 | 139 |
| 40. | Defendant's letter to Oyster School, 10/13/04 | 140 – 141 |
| 41. | Plaintiff's letter to Defendant, 11/29/04 | 142 |
| 42. | Letter of Invitation, 11/29/04 | 143 |
| 43. | Student Enrollment Form, 8/9/04 | 144 |
| 44. | Initial Evaluation Consent, 9/23/04 | 145 |
| 45. | IEP Meeting Notes, 1/11/05 | 146 |
| 46. | Plaintiff's letter to Defendant, 1/28/05 | 147 |
| 47. | Defendant's letter to "Cindy", 2/5/05 | 148 – 149 |
| 48. | Defendant's letter to Oyster School, 2/11/05 | 150 |
| 49. | Defendant's letter to the C.A.R.E. Center, 3/8/05 | 151 |
| 50. | Confirmation of Meeting Notice, 3/9/05 | 152 – 153 |
| 51. | Defendant's letter to the C.A.R.E. Center, 3/17/05 | 154 |
| 52. | Defendant's letter to the C.A.R.E. Center, 4/1/05 | 155 |
| 53. | Occupational Therapy Evaluation, 8/26/02 | 156 – 161 |
| 54. | Occupational Therapy Revaluation, 8/24/03 | 162 – 168 |
| 55. | Occupational Therapy Progress Report, 2/2004 | 169 – 173 |
| 56. | Outside Evaluation Review, 11/22/04 | 174 |
| 57. | Occupational Therapy Progress Report, 3/2005 | 175 – 180 |
| 58. | Review of Independent Assessment, 11/10/04 | 181 |

## District of Columbia v. Camalier, 05-1677

### Index of Record, p. 4

|  |  | **Page** |
|---|---|---|
| 59. | Speech and Language Classroom Observation, 11/3/04 | 182 – 184 |
| 60. | Psychoeducational Evaluation, 12/13/04 | 185 – 197 |
| 61. | Dr. Mahat letter to Dr. Shanahan, 1/14/05 | 198 |
| 62. | IEP from the Lab School, 5/20/05 | 199 – 221 |
| 63. | IEP from the Lab School, 4/27/05 | 222 – 247 |
| 64. | Limited Psychoeducational Evaluation, 11/29 and 12/6/01 | 248 – 265 |
| 65. | Speech and Language Assessment, 6/26/03 | 266 – 284 |
| 66. | Annual Speech and Language Report, 1/2004 | 285 – 291 |
| 67. | Annual Speech and Language Report, 1/2005 | 292 – 299 |
| 68. | Oyster School Program Description, 12/2004 | 300 – 303 |
| 69. | CV for Dr. Sheila Iseman | 304 – 308 |
| 70. | Hearing Transcript, 5/17/05 | 1 - 201 |