UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** | : |
| Plaintiff | : |
| v. | : Civ. Action No. 05-1677 (TFH) |
| **LYNDA H. CAMALIER,** | : |
| Defendant. | : |

## JOINT MOTION FOR CONSENT JUDGMENT

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court for entry of a Consent Judgment. The parties have resolved all issues with respect to Plaintiff's complaint and Defendant's counter-complaint.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District
     of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Edward P. Taptich*_____
    EDWARD P. TAPTICH (012914)
    Chief, Equity Section 2

/s/ *Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651
**ATTORNEYS FOR PLAINTIFF**

*/s/ Margaret A. Kohn*_____
MARGARET A. KOHN (174227)
1320 19th Street, NW, Suite 200
Washington, D.C.  20036
(202) 667-2330
**ATTORNEY FOR DEFENDANT**

**March 16, 2006**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** : | |
| Plaintiff : | |
| v. : | Civ. Action No. 05-1677 (TFH) |
| **LYNDA H. CAMALIER,** : | |
| Defendant. : | |

### CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed March 16, 2006, the Plaintiff and Defendant having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by the Plaintiff in its complaint and Defendant in her counter-complaint herein, and the parties having consented to this Order, it is, this _____ day of _____, 2006:

**ORDERED**, That Defendant is awarded $4500.25 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorney's fees and costs incurred in connection with the prosecution of the proceeding in this Court. Payment of $4500.25 by Plaintiff shall be made within 45 days of the date of this Order;

**IT IS FURTHER ORDERED**, That the award and payment herein are in settlement of Plaintiff's claims in the complaint and all of Defendant's claims in the counter-complaint, and will extinguish all of the Plaintiff's and Defendant's liabilities for such claims; and

**IT IS FURTHER ORDERED**, That Plaintiff's complaint and Defendant's counter-complaint herein are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Case 1:05-cv-01677-TFH    Document 14    Filed 03/16/2006    Page 4 of 4