UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 5 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

    Plaintiff

    v.

LYNDA H. CAMALIER,

    Defendant.

Civ. Action No. 05-1677 (TFH)

## CONSENT JUDGMENT

Upon consideration of the Joint Motion for Consent Judgment filed March 16, 2006, the Plaintiff and Defendant having agreed on the amount of reasonable attorneys' fees and costs sought in this action, entry of this judgment will fully settle all claims made by the Plaintiff in its complaint and Defendant in her counter-complaint herein, and the parties having consented to this Order, it is, this __3__ day of __April__, 2006:

**ORDERED**, That Defendant is awarded $4500.25 as payment for the attorneys' fees and costs incurred at the administrative level as well as those attorney's fees and costs incurred in connection with the prosecution of the proceeding in this Court. Payment of $4500.25 by Plaintiff shall be made within 45 days of the date of this Order;

**IT IS FURTHER ORDERED**, That the award and payment herein are in settlement of Plaintiff's claims in the complaint and all of Defendant's claims in the counter-complaint, and will extinguish all of the Plaintiff's and Defendant's liabilities for such claims; and

**IT IS FURTHER ORDERED**, That Plaintiff's complaint and Defendant's counter-complaint herein are hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

3